IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BRADLEY MAXWELL,** | ) | Civil Action No. 7:15-cv-00469 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. Robert S. Ballou |
| **HENRY PONTON, <u>et al.</u>,** | ) | United States Magistrate Judge |
| Defendants. | ) | |

    Plaintiff filed a civil rights Complaint, pursuant to 42 U.S.C. § 1983, and the court directed the Clerk to notify the defendants of this action. After waiving service, defendants filed only an Answer to the Complaint, and Plaintiff has filed a motion to compel defendants to file a motion for summary judgment or stay the action. In order to reduce delay and expenses borne by the court and by the parties in this <u>pro se</u> prisoner case, Plaintiff's motion to compel is **GRANTED** to the extent the defendants shall **FILE** a motion for summary judgment supported by affidavits, pursuant to Standing Order 2013-6, within thirty days of this Order's entry.

    The Clerk shall send copies of this Order to the parties.

    It is so **ORDERED**.

                                                Enter: December 22, 2015

                                                */s/ Robert S. Ballou*

                                                Robert S. Ballou
                                                United States Magistrate Judge