CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 16 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRADLEY MAXWELL,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00469 |
| v. | ) ) ) | **ORDER** |
| HENRY PONTON, <u>et al.</u>,<br>    Defendants. | ) ) ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **DENIED** as to the excessive force claims against Sgt. Bellamy, C/O W. Thomas, and C/O C. Thomas and is **GRANTED** as to the other claims; all defendants except Sgt. Bellamy, C/O W. Thomas, and C/O C. Thomas are **TERMINATED**; and this matter is **TRANSFERRED** to the Honorable James P. Jones, United States District Judge.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 16th day of August, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge